IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01378-SKC

ROBIN SLOVER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO,

    Defendant.

## JOINT STATUS REPORT

    Plaintiff, Robin Slover ("Dr. Slover") and Defendant, the University of Colorado ("CU") submit this joint status report

    1.    The Parties have exchanged disclosures and are in the written discovery phase of the case.

    2.    As of the date of this joint status report, there are no discovery issues that require the Court's attention.

    3.    On January 25, 2023, the Parties along with Children's Hospital of Colorado participated in a mediation session with Judge Pratt at JAG.  Settlement discussions between the parties in this case are ongoing and counsel remain optimistic that a mutual resolution can be reached.

DATED this 23rd day of March, 2023.

           Respectfully submitted,

           *s/David B. Seserman*            .
           David B. Seserman
           Seserman Law LLC
           3900 E. Mexico Ave., Suite 300
           Denver, CO 80210
           Telephone: 303.900.2406
           dseserman@seserman.law
           Attorneys for Plaintiff

           Hermine Kallman
           1800 Grant Street, Suite 700
           Denver, CO 80203
           hermine.kallman@cu.edu

           Jennifer H. Hunt
           Ralph L. Carr Colorado Judicial Center
           1300 Broadway, 10th Floor
           Denver, CO 80203
           jennifer.hunt@coag.gov
           Attorneys for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter, including:

Hermine Kallman  
1800 Grant Street, Suite 700  
Denver, CO 80203  
hermine.kallman@cu.edu  

Jennifer Hunt  
Ralph L. Carr Colorado Judicial Center  
1300 Broadway, 10th Floor  
Denver, CO 80203  
jennifer.hunt@coag.gov  

      *s/ David B. Seserman*  
      David B. Seserman