IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01378-SKC

ROBIN SLOVER,

Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO,

Defendant.

---

**JOINT STIPULATION OF DISMISSAL**

---

Plaintiff, Robin Slover ("Dr. Slover") and Defendant, the University of Colorado ("CU"), pursuant to FRCP 41(a)(1)(A)(ii) by their undersigned attorneys of record, hereby stipulate to the dismissal of this matter with prejudice. Other than as may have been agreed to in a settlement agreement signed by the parties, each party is to bear her or its own costs and attorneys' fees.

STIPULATED to this 16th day of August, 2023.

Respectfully submitted,

*s/David B. Seserman* .
David B. Seserman
Seserman Law LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: 303.900.2406
dseserman@seserman.law
Attorney for Plaintiff

*s/Hermine Kallman*
Hermine Kallman
1800 Grant Street, Suite 700
Denver, CO 80203
303.860.5691
hermine.kallman@cu.edu
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter, including:

Hermine Kallman
1800 Grant Street, Suite 700
Denver, CO 80203
hermine.kallman@cu.edu

Jennifer Hunt
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
jennifer.hunt@coag.gov

*s/ David B. Seserman* .
David B. Seserman